Henry Martin, Respondent, v. Fast Theatres, Inc., Appellant.—

Foster, P. J., Heffernan and Coon, JJ., concur; Brewster and Bergan, JJ., dissent.